

NeJame Law, P.A.
189 South Orange Avenue
Suite 1800
Orlando, FL 32801
407.500.0000

www.nejamelaw.com

January 13, 2020
By ECF

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Barber et al.

Criminal Docket No. 19-239 (RJD)

Dear Judge Dearie:

The attorneys for Blake Barber respectfully request a continuance of the Arraignment/Status Conference scheduled for January 23, 202 at 10 a.m. Mr. Barber's co-defendant is set for arraignment and motion hearing on February 3, 2020 at 9:30a.m. The undersigned attorneys would like to be present for the motion hearing and in the interest of the Court's time, are requesting that the magistrate be assigned to the arraignment for Mr. Barber on February 4, 2020. The parties have agreed to exclude the time between January 23, 2020 and February 3, 2020 from the computation of time under the Speedy Trial Act.

Respectfully submitted,

/s/ Mark E. NeJame
Mark E. NeJame
/s/ Jaya Balani
Jaya Balani

/s/ Joseph Fynn
Joseph Flynn

cc: Clerk of the Court (RJD) (by ECF)
All Counsel (by ECF)