**DOCKET NUMBER:** CR 19-0239 (RJD)

# CRIMINAL CAUSE FOR Arraignment

**BEFORE JUDGE:** James Orenstein, USMJ   **DATE:** 2/3/2020   **TIME IN COURT** 5 MINS

**DEFENDANT'S NAME:** Wesley Blake Barber *(on bond)*   **DEFENDANT'S #:** 1
**DEFENSE COUNSEL:** Joseph Flynn, Mark Nejame *(retained)*

**DEFENDANT'S NAME:** Christopher Walker *(on bond)*   **DEFENDANT'S #:** 2
**DEFENSE COUNSEL:** Fritz Scheller, Tama Kudman *(retained)*

**A.U.S.A.:** Andrew Estes

**CASE MANAGER OR MAGISTRATE CLERICAL:** Alicia Guy
**COURT REPORTER:** David Roy

- ☒ Arraignment
- ☐ In Chambers Conference
- ☐ Sentencing non-evidentiary
- ☐ Pre Trial Conference
- ☐ Sentencing Contested
- ☐ Voir Dire Begun   ☐ Voir Dire Held   ☐ Jury selection   ☐ Jury trial
- ☐ Jury Trial Death Penalty   ☐ Sentence enhancement Phase   ☐ Bench Trial Begun
- ☐ Bench Trial Held   ☐ Bench Trial Completed   ☐ Motion Hearing Non Evidentiary
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**UTILITIES**

- ☒ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES   ☐ NO

**TEXT:** Defendants pled not guilty to the charges in the Superseding Indictment filed on December 12, 2019.