U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

AE
F. #2018R00733

February 3, 2020

<u>By ECF</u>

The Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>United States v. Wesley Barber, et al.</u>
     <u>Docket No. 19-CR-239 (RJD) (JO)</u>

Dear Judge Orenstein:

  The government respectfully encloses a redacted copy of the statement that was provided to the Court earlier today, redacting victim identifying information.

         Respectfully submitted,

         ROBERT ZINK
         Chief
         Fraud Section, Criminal Division
         U.S. Department of Justice

     By:

         /s/
         Andrew Estes
         Trial Attorney
         (718) 254-6250

cc: Counsel of Record (via ECF)