January 31, 2020



Honorable Judge;

My name is ▮▮▮▮▮, I'm writing this letter as a proxy to the (Prosecutor) due to a lawsuit against Mr. Walker. I am not able to attend the hearing, due to my employment responsibilities. Your Honor, I sincerely hope that this letter will help myself and others that are still suffering from the Vaginal mesh removal. Since that day my life has totally changed, I have been suffering from mental depression. Every day I have discomfort from urinary incontinence and bladder spasms. There isn't a day that goes by that I have, to deal with the pain. The intimacy with my spouse has decline due to pain and irritation.

Everything that was conveyed to me was a fabrication. I was informed that I would be compensated via monetary, but instead the funds were taken by the attorneys. I strongly feel that Mr. Walker should remain behind bars and not released due to all the pain and suffering he has caused all the women that has gone through what I have.

Enclosing, I should be compensated for the agony, pain and suffering I continue to endure. The intimacy with my husband as well has not been the same, since the removal of the vaginal mesh.

Your honor, I should be compensated for all that Mr. Walker and his team have done. I was supposed to be awarded 60 thousand dollars, and that was also taken from me and was given only 5,000 I should be entitled to receive the remaining of the 60K.

Sincerely,