

NeJame Law, P.A.
189 South Orange Avenue
Suite 1800
Orlando, FL 32801
407.500.0000

www.nejamelaw.com

January 29, 2021
By ECF

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Barber et al.

Criminal Docket No. 19-239 (RJD)

Dear Judge Dearie:

Having been provided potential court dates for the trial of Wesley Blake Barber, the attorneys for Wesley Blake Barber are available on the following days to begin jury trial in this matter.

August 16, 2021
November 8, 2021
November 15, 2021

Respectfully submitted,

Joseph Flynn

cc: Clerk of the Court (RJD) (by ECF)
All Counsel (by ECF)